IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Zachary Wilhelm, | ) | C.A. NO: 6:16-cv-02615-MGL |
|       Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| Life Insurance Company of North America, | ) ) ) ) | |
|       Defendant. | ) ) | |

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation Deadline:            December 1, 2016

    b. Joint Stipulation:              January 9, 2017

    c. Cross-Motions for Judgment:     January 9, 2017
    d.
    e. Replies to Cross-Motions
       for Judgment:                   January 16, 2017

**IT IS SO ORDERED**.

                                                   s/Mary Geiger Lewis
                                                   Mary Geiger Lewis
                                                   United States District Judge

October 26, 2016
Columbia, South Carolina